ROSE DORNBUSCH ET AL., RESPONDENTS, v. BOARD OF
ADJUSTMENT OF THE CITY OF NEWARK, APPELLANT.

Argued October 23, 1936—Decided January 22, 1937.

For the respondents, *Samuel Rosenthal.*

For the appellant, *Frank A. Boettner* and *Jules E. Tepper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 11.

*For reversal*—None.